■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DWIGHT SMALLS, Appellant. [684 NYS2d 788] —Judgment, Supreme Court, Bronx County (Gerald Sheindlin, J.), rendered January 14, 1997, convicting defendant, after a jury trial, of rape in the first and third degrees, and sentencing him, as a second felony offender, to concurrent terms of 10 to 20 years and 2 to 4 years, respectively, unanimously affirmed.

Despite sufficient opportunity to be heard both before and after the court delivered its supplemental charge, defendant

failed to object to the charge or request any alternate response. Therefore, his present challenge is unpreserved for appellate review (*People v Rivera*, 245 AD2d 198), and we decline to review it in the interest of justice. Were we to review defendant's claim, we would find that the court provided a meaningful response to the jury's note (*People v Esquilin*, 236 AD2d 245, *affd* 91 NY2d 902).

We have considered and rejected defendant's remaining claims, including those contained in his *pro se* supplemental brief. Concur—Ellerin, P. J., Nardelli, Williams and Rubin, JJ.